# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES THOMAS MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:05-0172 |
| ) | Judge Trauger |
| ROCK TENN COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM and ORDER

On June 24, 2005, the Magistrate Judge issued a Report and Recommendation, recommending that this case be dismissed with prejudice. (Docket No. 16) The plaintiff has filed timely Objections. (Docket No. 17)

This court must make a *de novo* determination as to any portion of the Magistrate Judge's Report and Recommendation to which objections are filed. Rule 72(b), FED. R CIV. P.; 28 U.S.C. § 636(b)(1)(C).

The court has reviewed the objections filed by the plaintiff, none of which go to the grounds for the Magistrate Judge's suggested dismissal of this case with prejudice. The objections are therefore **OVERRULED**.

The Report and Recommendation is **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, this case is **DISMISSED WITH PREJUDICE**.

1

It is so **ORDERED.**

Enter this 29th day of August 2005.

_____
ALETA A. TRAUGER
U.S. District Judge

2